No. 16-2228

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

_____

PUEBLO OF POJOAQUE, a federally-recognized Indian Tribe,
JOSEPH M. TALACHY, Governor of the Pueblo of Pojoaque,

Plaintiffs-Appellants,

v.

STATE OF NEW MEXICO, et al.,

Defendants-Appellees.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
JAMES O. BROWNING, DISTRICT JUDGE
CASE No.: 15-CV-0625-JB/GBW

_____

**PUEBLO OF POJOAQUE'S AND JOSEPH M. TALACHY'S
RESPONSE TO ORDER REGARDING
ORAL ARGUMENT SCHEDULING**

_____

**ORAL ARGUMENT REQUESTED**

| | |
|---|---|
| CARRIE A. FRIAS | SCOTT CROWELL |
| Pueblo of Pojoaque | Crowell Law Office- |
| Legal Department | Tribal Advocacy Group |
| 58 Cities of Gold Road, Suite 5 | 1487 W State Route 89A, Suite 8 |
| Santa Fe, NM 87506 | Sedona, AZ 86336 |
| Telephone: 505-455-2271 | Telephone: 425-802-5369 |
| Email: cfrias@pojoaque.org | Email: scottcrowell@clotag.net |

DANIEL REY-BEAR
Rey-Bear McLaughlin, LLP
421 W Riverside Ave., Suite 1004
Spokane, WA 99201-0410
Office:   509-747-2502
Email:   dan@rbmindianlaw.com

Appellants the Pueblo of Pojoaque, a federally-recognized Indian tribe, and its Governor, Joseph M. Talachy (collectively, "Pueblo") hereby respond to the Court's order of April 24, 2017 (the "Order"). The Order in relevant part directs the parties to file responses to "address whether the oral argument hearing scheduled for May 8 [sic, should be 9], 2017 should proceed or be postponed in light of the filing of the opinion in" *State of New Mexico v. Dep't of the Interior*, 2017 WL 1422365 (10th Cir. Nos. 14-2219, 14-2222 Apr. 21, 2017) ("April 21 opinion"). The Order also directs the parties to file separate, simultaneous, supplemental briefs to "address the impact, if any, of the April 21 opinion on the issues presented in this case."

The oral argument for this case should proceed as scheduled because the long-anticipated April 21 opinion does not constitute an emergency or extraordinary circumstance which warrants postponement. Instead, the April 21 opinion is helpful for consideration of this case, as explained in the separate, simultaneous, supplemental brief, and no delay is needed to address the April 21 opinion at oral argument. Also, hearing oral argument as scheduled will facilitate prompt resolution of this appeal, which will advance the interests of justice and the parties. This rationale is especially applicable in light of the ongoing substantial harms caused by the State of New Mexico's interference with the Pueblo's on-reservation gaming.

This case concerns whether the Indian Gaming Regulatory Act ("IGRA"), 25 U.S.C. § 2701 *et seq.*, preempts a state from interfering with on-reservation Indian gaming in the absence of a gaming compact while an Indian tribe pursues remedies to address the recalcitrant state's failure to negotiate a gaming compact in good faith. *See, e.g.,* Pueblo's Opening Br. at 1-2. The context prominently includes the related cases that were argued in September 2015, and decided by the April 21 opinion. *See id*. The fact that the long-awaited April 21 opinion now has been issued, and forecloses use of codified federal regulations as one possible remedy for the conflict, does not warrant delaying this appeal. The April 21 opinion eliminated one remedy that the Pueblo was pursuing, but also recognized other remedies that the Pueblo may pursue. The opinion shows that the Pueblo deserves and requires protection from State interference with the Pueblo's on-reservation gaming operations while the Pueblo pursues the additional remedies recognized by the Court.

"Only in extraordinary circumstances will an argument be postponed" and "[e]xcept in an emergency, a motion to postpone must be made more than 20 days before the scheduled argument date." Tenth Circuit Rule 34.1(A)(3). Therefore, given that the April 21 date of the opinion is less than 20 days before the scheduled oral argument date of May 9, an emergency should be required to postpone oral argument here. Issuance of the long-awaited April 21 opinion regarding the related

cases cannot possibly constitute such an emergency. *Cf.* Tenth Circuit Rule 8.2 (concerning emergency motions). Further, neither the issuance nor the nature of the April 21 opinion constitute an extraordinary circumstance, as the decision has been expected for some time and the result was a foreseeable possibility. *Cf.* Aplee. Supp. App. 5/800 ("The Tenth Circuit's average is 6.7 months from the filing of a notice of appeal to the disposition of an appeal."). Instead, the April 21 opinion addresses several issues relevant to this appeal. Those issues are addressed in the supplemental briefs, and can be explained further in the scheduled oral argument.

Moreover, as explained in the Pueblo's reply brief and in its expedited and emergency motions for a stay pending appeal, recent interference with the Pueblo's on-reservation gaming by the State of New Mexico has cost the Pueblo over $750,000 per month, or approximately 17% of annual revenue, and has placed at risk the integrity of the Pueblo's gaming operations. *See* Pueblo's Reply Br. at 4-5 (citing prior filings). Postponing oral argument will increase these substantial harms, which will worsen over time as the Pueblo lacks the ability to use and maintain gaming devices and their operating system. *See* Pueblo's Expedited Mot. Stay Order and Restore Prelim. Inj., 2/24/2017 (Doc. 01019770580), Ex. 6 ¶¶ 5-10. These harms include reduced funding for the Pueblo's government operations, services, and programs. *Id.* Ex. 4 ¶¶ 12-13, 17-20. These material harms resulting from postponing oral argument run counter to "the just, speedy, and inexpensive

determination of every action and proceeding." Fed. R. Civ. P. 1. For all these reasons, oral argument in this case should proceed as scheduled and not be postponed.

Dated: May 1, 2017

                                      Respectfully submitted,

                                      *s/ Scott Crowell*
                                      Scott Crowell
                                      Crowell Law Office-
                                      Tribal Advocacy Group
                                      1487 W State Route 89A, Suite 8
                                      Sedona, AZ 86336
                                      Telephone: 425-802-5369
                                      Email: scottcrowell@clotag.net

                                      Carrie Frias, Chief General Counsel
                                      Pueblo of Pojoaque Legal Department
                                      Pueblo of Pojoaque
                                      58 Cities of Gold Road, Suite 5
                                      Santa Fe, NM 87506
                                      Telephone: 505-455-2271
                                      Email: cfrias@pojoaque.org

                                      Daniel Rey-Bear
                                      Rey-Bear McLaughlin, LLP
                                      421 W Riverside Ave., Suite 1004
                                      Spokane, WA 99201-0410
                                      Telephone: 509-747-2502
                                      Email: dan@rbmindianlaw.com

                                      *Attorneys for Plaintiffs-Appellants*
                                      Pueblo of Pojoaque and
                                      Joseph M. Talachy

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was served on the Court and opposing counsel via the CM/ECF system on May 1, 2017 and that to my knowledge, all counsel of the record in this case are registered to receive service through that system.

Date: May 1, 2017

*s/ Scott Crowell*
SCOTT CROWELL

## CERTIFICATE OF DIGITAL SUBMISSION

1. I certify that with respect to the foregoing that all required privacy redactions have been made per 10th Cir. R. 25.5.

2. No hard copies are required by Order of the Court.

3. I certify that, prior to filing, the digital submissions have been scanned for viruses with the most recent version of a commercial scanning program, Bitdefender Antivirus version 5.2.0.4, last updated May 1, 2017 and according to the program is free of viruses.

Date: May 1, 2017

<i>s/ Scott Crowell</i><br>
SCOTT CROWELL