IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

PUEBLO OF POJOAQUE, a federally recognized
Indian Tribe, JOSEPH M. TALACHY, Governor
of the Pueblo of Pojoaque,

Plaintiffs-Appellants,

v.  No. 16-2228

STATE OF NEW MEXICO, SUSANA MARTINEZ,
JEREMIAH RITCHIE, JEFFERY S. LANDERS,
SALVATORE MANIACI, PAULETTE BECKER,
ROBERT M. DOUGHTY III, and CARL E. LONDENE,

Defendants-Appellees.

**APPELLEES' RESPONSE REGARDING
POTENTIAL POSTPONEMENT OF ORAL ARGUMENT**

The Court has directed the parties to respond regarding "whether the oral argument hearing scheduled for May 8, 2017 should proceed or be postponed in light of the filing of the opinion in numbers 14-2219 and 14-2222." (The oral argument actually is scheduled for May 9, 2017.)

Upon consideration of the ongoing burden the Court's injunction entered March 1, 2017, imposes on the regulatory interests of the State and the likelihood that postponement of the oral argument would lead to a resolution of this dispute without a need for the appeal to be argued or adjudicated, as these factors presently are understood, Appellees believe that the appeal should continue to be expedited and that oral argument should be held as scheduled on May 9, 2017.

1

Respectfully submitted,

RODEY, DICKASON, SLOAN, AKIN
& ROBB, P.A.

By  */s/ Edward Ricco*
   Edward Ricco
   Krystle A. Thomas
P.O. Box 1888
Albuquerque, NM 87103
Telephone: (505) 765-5900
*ericco@rodey.com*
*kthomas@rodey.com*

*Attorneys for Appellees*

# CERTIFICATE REGARDING DIGITAL SUBMISSIONS

    1.    All required privacy redactions have been made to this document and, with the exception of those redactions, this document and any other document(s) submitted in Digital Form or scanned PDF format are an exact copy of any written document(s) required to be filed with the Clerk.

    2.    The digital submissions have been scanned for viruses with the most recent version of a commercial virus scanning program (Symantec Endpoint Protection, version 12.1.5337.5000, last updated May 1, 2017) and, according to the program, are free of viruses.

RODEY, DICKASON, SLOAN, AKIN
& ROBB, P.A.

By  */s/ Edward Ricco*
   Edward Ricco

## C E R T I F I C A T E   O F   S E R V I C E

    I certify that on May 1, 2017, I filed the foregoing pleading electronically through the CM/ECF system, which caused all other parties or counsel in this matter to be served by electronic means as more fully reflected on the Notice of Docket Activity.

                    RODEY, DICKASON, SLOAN, AKIN
                    & ROBB, P.A.

                    By  */s/ Edward Ricco*  _____
                        Edward Ricco