**FILED**
United States Court of Appeals
Tenth Circuit

**May 9, 2017**

**Elisabeth A. Shumaker**
**Clerk of Court**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

PUEBLO OF POJOAQUE, a federally recognized indian tribe, et al.,

    Plaintiffs - Appellants,

v.

STATE OF NEW MEXICO, et al.,

    Defendants - Appellees.

No. 16-2228

_____

**ORDER**

_____

Before **KELLY**, **MURPHY**, and **BACHARACH**, Circuit Judges.

_____

    This matter was argued by counsel and submitted to the court. Scott Crowell argued for the Appellants. Edward Ricco argued for the Appellees.

    Entered for the Court

    ELISABETH A. SHUMAKER
    Clerk of the Court