**Brownstein Hyatt**
**Farber Schreck**

May 15, 2017

Adam K. Bult
Attorney at Law
702.464.7077 tel
702.382.8135 fax
abult@bhfs.com

Elisabeth Shumaker, Clerk, Tenth Circuit Court of Appeals
The Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257

RE:     Motion for Copy of Oral Argument Recording

Dear Ms. Shumaker:

The law firm of Brownstein Hyatt Farber Schreck is actively engaged in the representation of several clients who have an interest in the issues argued before the Tenth Circuit Court of Appeals on May 9, 2017 in the matter of *Pueblo of Pojoaque, et al. v. State of New Mexico, et al.*, No. 16-2228. While our clients are not parties to this case, the arguments advanced by both parties will likely have a significant impact on the interests of our clients. Therefore, pursuant to Fed. R. App. P. 34.1, we respectfully request a copy of the audio recording of the oral argument in that case.

Sincerely yours,

Adam K. Bult

AKB:jlp

020845\9000\15684470.1